# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

**In Re:**

    Bridge View Palace LLC a/k/a Bridge          **Case No.** 11-46701
    View Palace Condominium

                                                     **Chapter** 11

                       **Debtor(s)**

-------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

      The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 8/8/2011

                                                */s/ [signature]*
                                               Bridge View Palace LLC
                                               Debtor

                                               Joint Debtor

                                               Attorney for Debtor

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Eastern District of New York

In re   Bridge View Palace LLC         ,          Case No.  11-46701 (JBR)
                    Debtor
                                                  Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

SEE ATTACHED

Date: 8/8/2011

Bridge View Palace LLC
Debtor

*[Declaration as in Form 2]*

**Bridge View Palace LLC a/k/a Bridge View Palace Condominium**
Case No.: 11-46701 (JBR)

# List of Unsecured Creditors

| Name | Amount |
|---|---|
| Active Cooling and Heating<br>633 Marcy Avenue<br>Brooklyn, NY 11206 | $3,000 |
| Builders Assistance<br>366 Broadway<br>Brooklyn, NY 11211 | $3,500 |
| Consolidated Edison<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702 | $400 |
| KAI Management (insider)<br>341 Wallabout Street Suite 1A<br>Brooklyn, NY 11206 | $8,400 |
| Modern Carpentry<br>149-47 116th Street<br>South Ozone Park<br>Queens, NY 11420 | $2,500 |
| Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP<br>14 Penn Plaza<br>New York, NY 10122 | $80,000 |
| Tratner Molloy and Goodstein (Debtor's state court attorneys)<br>551 Fifth Avenue<br>New York, NY 10176 | $40,000 |
| VG Communication<br>61 Helene Court<br>Staten Island, NY 10309 | $4,000 |
| **TOTAL** | **$141,800** |