Leo Fox, Esq.
Stephanie Park, Esq.
630 Third Avenue, 18th Floor
New York, New York 10017
Tel: (212) 867-9595
Fax: (212) 949-1857
*Proposed Attorneys for Debtor and*
*Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                  Chapter 11

 Bridge View Palace LLC,      Case No.: 11-46701 (JBR)
 a/k/a Bridge View Palace Condominium

         Debtor.
-------------------------------------------------------------X


## AFFIRMATION OF SERVICE

 Stephanie S. Park, Esq., affirms under penalty of perjury as follows: I am not a party to this action, am over 18 years of age and reside in New York, New York.

On August 10, 2011, I served the within *Proceeding Memorandum/Order* dated August 10, 2011 by the indicated methods to the persons listed below:

<u>By electronic mail</u>
Office of the United States Trustee
Marylou Martin, Esq.
marylou.martin@usdoj.gov

Jaspan Schlesinger
Karen Sheehan, Esq.
ksheehan@jaspanllp.com

Moritt Hock & Hamroff, LLP
Leslie A. Berkoff, Esq.
lberkoff@moritthock.com

| |
|---|
| Active Cooling and Heating<br>633 Marcy Avenue<br>Brooklyn, NY 11206 |
| Bridge View Palace LLC<br>341 Wallabout Street Suite 1A<br>Brooklyn, NY 11206 |
| Builders Assistance<br>366 Broadway<br>Brooklyn, NY 11211 |
| Consolidated Edison<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702 |
| Jaspan Schlesinger<br>Karen Sheehan, Esq.<br>300 Garden City Plaza<br>Garden City, New York, 11530 |
| KAI Management<br>341 Wallabout Street Suite 1A<br>Brooklyn, NY 11206 |
| Modern Carpentry<br>149-47 116th Street<br>South Ozone Park<br>Queens, NY 11420 |
| Moritt Hock & Hamroff, LLP<br>Leslie A. Berkoff, Esq.<br>400 Garden City Plaza, Suite 202<br>Garden City, New York, 11530 |
| Office of the United States Trustee<br>Marylou Martin, Esq.<br>271 Cadman Plaza East<br>Brooklyn, New York, 11201 |
| Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP<br>14 Penn Plaza<br>New York, NY 10122 |
| Tratner Molloy and Goodstein<br>551 Fifth Avenue<br>New York, NY 10176 |
| VG Communication<br>61 Helene Court<br>Staten Island, NY 10309 |

*/s/ Stephanie Park*
Stephanie Park